UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 00-6079-CIV-DIMITROULEAS

BLANCHE BENFORD,
CLAVEDIA BROS, and
MADIE MOORE,

    Plaintiffs,

vs.

NORTHWEST AIRLINES, INC.,

    Defendant.
_____/



### PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME TO COMPLY WITH THE COURT'S ORDER ON SCHEDULING REPORT

COME NOW the Plaintiffs, BLANCHE BENFORD, CLAVEDIA BROS and MADIE MOORE, by and through their undersigned counsel, and move for a thirty (30) day enlargement of time to comply with this Court's Order of January 19, 2000, regarding counsel meeting and filing of Joint Scheduling Report. As grounds therefor, state:

    1.    Due to the relocation of two (2) of the Plaintiffs, and the additional time needed to gather records from a previous related case that will be necessary for conferring with defense counsel, and service of process on the Defendants, the



additional time is needed in order to comply with this Court's Order.

    2.    No prejudice or harm will occur from the granting of this Motion, and it is not being interposed for purposes of delay.

DATED this _____ day of _____, 2000.

Respectfully submitted,

THE ROSE LAW FIRM, P.A.
Counsel for Plaintiffs
215 Fifth Street, Suite 305
West Palm Beach, FL 33401
Tel: 561-655-5113
Fax: 561-833-0417

By: _____
JACOB A. ROSE
Florida Bar No. 212202

f:\wpdocs\marva\benford\motion.et