UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6079-CIV-DIMITROULEAS

BLANCHE BEDFORD, CLAVEDIA BROS,
and MADIE MOORE,

    Plaintiffs,

vs.

NORTHWEST AIRLINES, INC.,

    Defendant.
_____/

FILED by _____ D.C.

MAR 3 0 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

THIS CAUSE is before the Court upon Plaintiffs', Blanche Benford, Clavedia Bros, and Madie Moore Motion for Enlargement of Time to Comply with the Court's Order on Scheduling Report, filed herein on March 28, 2000. The Court has carefully reviewed the motion and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Enlargement of Time is hereby **GRANTED**. A Joint Scheduling Report shall be filed with this Court by April 29, 2000. Failure to follow this Order may result in immediate dismissal. Additionally, Plaintiff shall indicate the date that all further Motions are filed in this Court.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 30 day of March, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

copies to:

Jacob Rose, Esq.