AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

BLANCHE BENFORD, CLAVEDIA BROS,
and MADIE MOORE,

    Plaintiffs,

V.

NORTHWEST AIRLINES, INC.

    Defendant.
_____/

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 00-6079-CIV-DIMITROULEAS

TO: (Name and address of defendant)

NORTHWEST AIRLINES, INC.
c/o CT CORPORATION SYSTEM
1200 S. Pine Island Road
Plantation, FL 33324

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jacob A. Rose
THE ROSE LAW FIRM, P.A.
215 Fifth Street, Suite 305
West Palm Beach, FL 33401
Tel: (561) 655-5113
Fax: (561) 833-0417

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox
CLERK

(BY) DEPUTY CLERK

DATE