UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 00-6079-CIV-DIMITROULEAS

BLANCHE BENFORD,
CLAVEDIA BROS, and
MADIE MOORE,

    Plaintiffs,

vs.

NORTHWEST AIRLINES, INC.,

    Defendant.
_____/

## PLAINTIFFS' NOTICE OF FILING RETURN OF SERVICE

COME NOW the Plaintiffs, BLANCHE BENFORD, CLAVEDIA BROS and MADIE MOORE, by and through their undersigned counsel, and gives Notice of Filing Return of Service of Summons on Northwest Airlines, Inc.

DATED this 27th day of April 2000.

    Respectfully submitted,

    THE ROSE LAW FIRM, P.A.
    Counsel for Plaintiffs
    215 Fifth Street, Suite 305
    West Palm Beach, FL  33401
    Tel: 561-655-5113/Fax: 561-833-0417

    By: _____
    JACOB A. ROSE
    Florida Bar No. 212202



# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

BLANCHE BENFORD, CLAVEDIA BROS,
and MADIE MOORE,

    Plaintiffs,

**V.**

NORTHWEST AIRLINES, INC.

    Defendant.
_____/

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 00-6079-CIV-DIMITROULEAS

TO: (Name and address of defendant)

NORTHWEST AIRLINES, INC.
c/o CT CORPORATION SYSTEM
1200 S. Pine Island Road
Plantation, FL  33324

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jacob A. Rose
THE ROSE LAW FIRM, P.A.
215 Fifth Street, Suite 305
West Palm Beach, FL  33401
Tel: (561) 655-5113
Fax: (561) 833-0417

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox

CLERK

(BY) DEPUTY CLERK

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action  (Reverse)

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 04/14/00 |
| NAME OF SERVER (PRINT) Walter Wilson | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: __Ann Butnier__
Record Custodian  C.T. Corp.

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __04/15/00__
Date

Signature of Server: Walter Wilson

Address of Server: 114 NW 6 St. BB

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure