UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**Fort Lauderdale Division**
Case No. 00-6079-CIV-DIMITROULEAS

FILED _____ L.C.
00 MAY -9 PM 2: 13
CLERK U.S. DIST. CT.
S.D. FLA.-FTL

BLANCHE BENFORD,
CLAVEDIA BROS, and
MADIE MOORE,

    Plaintiffs,

vs.

NORTHWEST AIRLINES, INC.,

    Defendant.

_____/

## PLAINTIFFS' STATUS REPORT

**COME NOW** Plaintiffs, by and through their undersigned counsel, and submit this status report and state as follows:

1.     The Summons and Complaint in this action were served April 14, 2000 on Defendant's Registered Agent, CT Corporation, along with this Court's Order of January 19, 2000, and return of service was filed with the Court on April 27, 2000.

2.     Defendant was required to answer or otherwise plead on or before May 4, 2000, and did not do so.

3.     Plaintiffs' counsel did not receive any communication from Defendant regarding this case and has therefore been unable to complete a Joint Scheduling Report.



Plaintiffs have filed a Motion for Entry of Default against Defendant.

Dated this 8th day of May 2000.

        Respectfully submitted,

        THE ROSE LAW FIRM, P.A.
        Counsel for Plaintiffs
        215 Fifth Street, Suite 305
        West Palm Beach, FL 33401
        Tel: 561-655-5113/Fax: 561-833-0417

        By: _____
           JACOB A. ROSE
           Florida Bar No. 212202