UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 00-6079-CIV-DIMITROULEAS

BLANCHE BENFORD, CLAVEDIA
BROS, and MADIE MOORE,

    Plaintiffs,

vs.

NORTHWEST AIRLINES, INC.,

    Defendant.
_____/

## MOTION FOR DEFAULT

Plaintiffs, BLANCHE BENFORD, CLAVEDIA BROS, and MADIE MOORE, by and through their undersigned counsel, move for an Order entering a Default against Defendant, NORTHWEST AIRLINES, INC., for failure to answer the Complaint in the above-styled cause, within the time prescribed by Fed.R.Civ.P.

Dated this _7_ day of May 2000.

        Respectfully submitted,

        THE ROSE LAW FIRM, P.A.
        Counsel for Plaintiffs
        215 Fifth Street - Suite 305
        West Palm Beach, Florida 33401
        (561) 655-5113/Fax (561) 833-0417

        By: _____
           JACOB A. ROSE
           Florida Bar No. 212202