UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CLERK'S DEFAULT**

Blanche Benford, Clavedia Bros
and Madie Moore,

CASE NO. 00-6079-CIV-
Dimitrouleas

    Plaintiff(s),

v.

**Northwest Airlines, Inc.,**

    Defendant(s).
_____/

FILED by _____ D.C.
**May 10, 2000**
CLARENCE MADDOX
CLERK
U.S. DIST. CT.
S.D. OF FLA.

    It appearing that the defendant(s) herein, **Northwest Airlines, Inc.,** is in default for failure to appear, answer or otherwise plead to the complaint filed herein within the time required by law. Default is hereby entered against defendant(s) Northwest Airlines, Inc., as of course, on this date May 10, 2000.

                          **CLARENCE MADDOX**
                          CLERK OF COURT

                          By: _____
                                Deputy Clerk