IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6079-CIV-DIMITROULEAS/JOHNSON

BLANCHE BENFORD,
CLAVEDIA BROS, and
MADIE MOORE,

Plaintiffs,

v.

NORTHWEST AIRLINES, INC.,

Defendant.

_____/

**NIGHT BOX FILED**

**MAY 1 0 2000**

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

## MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant, Northwest Airlines, Inc. ("Northwest"), moves for an extension of time to serve its response to Plaintiffs, Blanche Benford, Clavedia Bros, and Madie Moore's (collectively, "Plaintiffs") Complaint for Equitable Relief and Damages. In support of its motion, Northwest states as follows:

1.  On April 20, 2000, Northwest was served with a copy of Plaintiffs' Complaint for Equitable Relief and Damages. Accordingly, Northwest's response became due on May 10, 2000.

2.  Northwest needs an extension of time of twenty-one (21) days, up to and including May 31, 2000, to have an appropriate opportunity to review the Complaint and prepare an appropriate response.



3.  Counsel for Northwest, Jean Holloway, Esq., has contacted counsel for Plaintiffs, Jacob A. Rose, Esq., in an good faith effort to resolve the issues raised in this motion, but has been unable to do so.

4.  This request is made in good faith and not for purposes of delay. Indeed, this is Northwest's first request for extension.

5.  Accordingly, Northwest respectfully requests the Court enter an order extending the time for it to serve its response to Plaintiffs' Complaint up to and including May 31, 2000. A proposed order is attached.

                                          Respectfully submitted,

                                          **HUNTON & WILLIAMS**
Attorneys for Northwest
One Biscayne Tower
Suite 2500
2 South Biscayne Boulevard
Miami, Florida 33131
Phone (305) 810-2500
Fax (305) 810-2460

By: _____

Juan Enjamio
Florida Bar No. 571910
Alan R. Poppe
Florida Bar No. 0186872

Jean Holloway
Minnesota Bar No. 214127
DORSEY & WHITNEY, LLP
Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402
Phone (612) 340-2600

2

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a copy of the foregoing **Motion for Extension of Time** has been duly served by facsimile and U.S. Mail to: Jacob A. Rose. The Rose Law Firm. P.A.. 215 Fifth Street. Suite 305, West Palm Beach. Florida 33401 on this 10th day of May. 2000.

_____
For Hunton & Williams

Doc #: 16012: V. 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6079-CIV-DIMITROULEAS/JOHNSON

BLANCHE BENFORD,
CLAVEDIA BROS, and
MADIE MOORE,

       Plaintiffs,

v.

NORTHWEST AIRLINES, INC.,

       Defendant.
_____/

## ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

**THIS CAUSE** came before the Court upon Defendant, Northwest Airlines, Inc.'s ("Northwest"), motion for extension of time to respond to Plaintiffs, Blanche Benford, Clavedia Bros, and Madie Moore's (collectively, "Plaintiffs"), Complaint for Equitable Relief and Damages. After having considered the motion and the pertinent portions of the records, and being otherwise fully advised upon the premises, it is hereby

**ORDERED AND ADJUDGED** that the motion be, and the same is hereby **GRANTED**.

Accordingly, Northwest shall respond to Plaintiffs' Complaint on or before May 31, 2000.

**DONE AND ORDERED** at Fort Lauderdale, Florida, this _____ day of May, 2000.

                                                                   United States District Judge

cc:    attached service list

**SERVICE LIST**

Juan Enjamio
Hunton & Williams
**Attorneys for Northwest**
One Biscayne Tower
Suite 2500
2 South Biscayne Blvd.
Miami, FL 33131

Jean Holloway
Dorsey & Whitney, LLP
**Attorneys for Northwest**
Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402

Jacob A. Rose
The Rose Law Firm, P.A.
**Attorneys for Plaintiffs**
215 Fifth Street
Suite 305
West Palm Beach, FL 33401

Doc #: 16012; V. 1