UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6079-CIV-DIMITROULEAS

BLANCHE BEDFORD, CLAVEDIA BROS,
and MADIE MOORE,

    Plaintiffs,

vs.

NORTHWEST AIRLINES, INC.,

    Defendant.
_____/



FILED by _____ D.C.

MAY 11 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT LAUD

## ORDER

THIS CAUSE is before the Court upon Defendant, northwest Airlines, Inc.'s Motion for

Extension of Time to Respond to Complaint, filed herein on May 10, 2000. The Court has

carefully reviewed the motion and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** as follows:

1. Defendant's Motion for Extension of Time is hereby **GRANTED**, in part. A response

to the Complaint shall be filed by May 19, 2000;

2. Clerk's Default, entered May 10, 2000, shall be vacated; and

3. A Joint Status Report shall be filed with the Court by June 16, 2000.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida,

this ____ day of May, 2000.

                                              WILLIAM P. DIMITROULEAS
                                              United States District Judge

copies to:

Jacob Rose, Esq.
Jean Holloway, Esq.
Juan Enjamio, Esq.

