IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6079–Civ–Dimitrouleas/Johnson

BLANCHE BENFORD,            )
CLAVEDIA BROS, and          )
MADIE MOORE                 )
                            )   FILING FEE
                            )   PAID  $75
    Plaintiffs,             )   In Forma   Receipt #519419
                            )   Pauperis
vs.                         )           Clarence Maddox, Clerk
                            )
                            )   FILED by _____ D.C.
                            )   MAY 1 9 2000
NORTHWEST AIRLINES, INC.,   )   CLARENCE MADDOX
                            )   CLERK U.S. DIST. CT.
    Defendant.              )   S.D. OF FLA. FT. LAUD.

### MOTION TO APPEAR PRO HAC VICE

In accordance with Local Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission of Cary Schwimmer, of the law firm Kiesewetter Wise Kaplan Schwimmer & Prather, PLC, 2650 Thousand Oaks Boulevard, Suite 2200, Memphis, Tennessee 38118, (901) 795-6695, for purposes of appearing as co-counsel on behalf of Northwest Airlines, Inc. herein, in the above-styled case only.

Cary Schwimmer certifies herewith that he has studied the Local Rules of this Court and is a member in good standing of the Tennessee Bar and the United States District Court



for the Western District of Tennessee, Western Division. Attached hereto is a Certificate of Good Standing from the Clerk of the United States District Court for the Western District of Tennessee, Western Division.

In further support of this motion, it is hereby designated that Kenneth W. Waterway is a member of the bar of this Court and maintains an office in this District for the practice of law. He is a person to whom the Court and counsel may readily communicate and upon whom papers may be served. In addition, the law firm of Heinrich Gordon Hargrove Weihe & James, P.A., 500 East Broward Boulevard, Suite 1000, Fort Lauderdale, Florida 33394-3092, (954) 527-2800, acts as local counsel in this matter on behalf of Northwest Airlines, Inc.

## CONSENT TO DESIGNATION

I hereby consent to the foregoing designation.

Dated: May 19, 2000

Kenneth W. Waterway
Florida Bar No. 6994235
HEINRICH GORDON HARGROVE
WEIHE & JAMES, P.A.
500 East Broward Boulevard - Suite 1000
Fort Lauderdale, Florida 33394-3092
Voice: (954) 527-2800
Fax: (954) 524-9481
Email: kwatrway@heinrichgordon.com

LOCAL COUNSEL FOR
NORTHWEST AIRLINES, INC.

2

Executed under penalty of perjury on the /8th day of May, 2000 at

MEMPHIS, TN        .

Respectfully submitted,

*Cary Schwimmer*

Cary Schwimmer
Tennessee Bar No. 14026
KIESEWETTER WISE KAPLAN
 SCHWIMMER & PRATHER, PLC
2650 Thousand Oaks Boulevard
Suite 2200
Memphis, Tennessee 38118
Voice: (901) 795-6695
Fax:   (901) 795-1646
E-mail: cschwimmer@kiesewetterwise.com

ATTORNEYS FOR
NORTHWEST AIRLINES, INC.

3

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent via U.S. mail this _____ day of _____, to:

Jacob A. Rose
The Rose Law Firm, P.A.
215 Fifth Street
Suite 305
West Palm Beach, Florida 33401

Counsel for Plaintiffs

Juan C. Enjamio
Alan R.. Poppe
Hunton & Williams
One Biscayne Tower
Suite 2500
2 South Biscayne Boulevard
Miami, Florida 33131

Counsel for Northwest Airlines, Inc.

Jean Holloway
Dorsey & Whitney, LLP
Pillsbury Center South
220 South Sixth Street
Minneapolis, Minnesota 55402

Counsel for Northwest Airlines, Inc.

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

} SS.

WESTERN DISTRICT OF TENNESSEE

I, ROBERT R. DI TROLIO, Clerk of the United States for the Western District of Tennessee, Western Division,

DO HEREBY CERTIFY That **CARY SCHWIMMER** Was duly admitted to practice in said Court on September 8, 1989 and is in good standing as a member of the bar of said Court.

Dated at Memphis, Tennessee

on May 17, 2000.

ROBERT R. DI TROLIO
Clerk of Court

By _____
Deputy Clerk