UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6079-CIV-DIMITROULEAS

BLANCHE BEDFORD, CLAVEDIA BROS,
and MADIE MOORE,

Plaintiffs,

vs.

NORTHWEST AIRLINES, INC.,

Defendant.
_____/

## ORDER

THIS CAUSE came before the Court on a Motion and Application for an order granting a limited appearance to Attorney Cary Schwimmer, filed herein on May 22, 2000. It is hereby

**ORDERED AND ADJUDGED** that the motion for an order granting a limited appearance for the above named attorney is **GRANTED**. The Court notes the the filing of a $75.00 check made payable to the Clerk, United States District Court. Out of state counsel seeking to appear *pro hac vice* must pay the same filing fee as local attorneys who apply for admission to the bar of this court. The fee will cover *pro hac vice* admission in this case only.

The Court reserves the power to withdraw permission for special appearance prior to and during the time of trial. Failure to abide by any Court order or failure to appear at any scheduled matter may result in immediate revocation of counsel's *pro hac vice* status. Local counsel must



be ready to adequately represent the party at any time, including conducting the actual trial.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of May, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

copies to:

Jacob Rose, Esq.
Juan Enjamio, Esq.
Jean Holloway, Esq.
Cary Schwimmer, Esq.
Kenneth W. Waterway, Esq.