UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6079-CIV-DIMITROULEAS

BLANCHE BEDFORD, CLAVEDIA BROS.
and MADIE MOORE,

    Plaintiffs,

vs.

NORTHWEST AIRLINES, INC.,

    Defendant.
_____/



## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED
## FOR FAILURE TO COMPLY WITH THIS COURT'S ORDER

THIS CAUSE is before the Court sua sponte.

The Court notes that an Order was entered on January 19, 2000 ordering that the parties shall hold a **scheduling conference** within twenty (20) days after the filing of the first responsive pleading by the last responding defendant, or within sixty (60) days after the filing of the complaint, whichever occurs first, and that within ten (10) days of the scheduling conference, counsel shall file a **joint scheduling report** pursuant to Local Rule 16.1(B)(7). The Court notes that on March 30, 2000 this Court granted a Motion for Extension of time, and set the deadline for filing the joint scheduling report for April 29, 2000. Plaintiff filed a unilateral states report on May 9, 2000. This action does not satisfy the requirements of Local Rule 16.1, but informed the Court of certain difficulties involved in filing a joint report. However, Defendant has been served, and an Answer was filed herein by the Defendant; however, to date, the parties have not submitted a joint scheduling report. The Court further notes that an additional extension of time was not sought.

Accordingly, after due consideration, it is



**ORDERED** that the Plaintiff shall file a status report with the Clerk of this Court within twenty (20) days of the date of this Order and further show cause why the above-styled cause should not be dismissed for failure to comply with this Court's Orders. Failure to respond to the Order to Show Cause shall result in immediate dismissal.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___12___ day of June, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

copies to:

Juan Enjamio, Esq.
Jean Holloway, Esq.
Jacob A. Rose, Esq.