NON-COMPLIANCE OF S.D. fla. L.R. 5.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**Fort Lauderdale Division**
Case No. 00-6079-CIV-DIMITROULEAS

BLANCHE BENFORD,
CLAVEDIA BROS, and
MADIE MOORE,

    Plaintiffs,

vs.

NORTHWEST AIRLINES, INC.,

    Defendant.
_____/

## PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE OF JUNE 12, 2000

Plaintiffs, by and through their undersigned counsel, respond to this Court's Order of June 12, 2000, to show cause why this case should not be dismissed for failure to comply with Court's Order, and state as follows:

1. The parties, in accordance with S.D.L.R. 16.1(b)(7), filed a Joint Scheduling Report and submitted a proposed Scheduling Order on June 16, 2000.

2. On May 11, 2000, the Court entered an Order vacating the Clerk's Default of May 10, 2000 and ordered that a Joint Status Report be filed by June 16, 2000.

3. The undersigned counsel and counsel for Defendant, understood the Order to direct the parties to file a Joint Scheduling Report by June 16, 2000, and that "Scheduling

Report" and "Status Report" were being used interchangeably.

Having responded to the Court's Order to Show, Plaintiffs request that the Order be considered as discharged.

                  Respectfully submitted,
                  THE ROSE LAW FIRM, P.A.
                  215 Fifth Street, Suite 305
                  West Palm Beach, FL 33401
                  Tel: 561-655-5113
                  Fax: 561-833-0417

                  By: _____
                  JACOB A. ROSE
                  Florida Bar No. 212202

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing Plaintiffs' Response to Order to Show Cause of June 12, 2000 has been furnished by mail this 2∂ day of June 2000 to: Kenneth W. Waterway, Esq., HEINRICH GORDON HARGROVE WEIHE & JAMES, P.A., 500 E. Broward, Suite 1000, Fort Lauderdale, FL 33394-3092 and W. Terry Smith, Esq., Jr., KIESEWETTER WISE KAPLAN SCHWIMMER & PRATER, PLC, 2650 Thousand Oaks, Blvd., Suite 2200, Memphis, TN 38118.

                  _____
                  JACOB A. ROSE

f:\wpdocs\benford\response.ord