IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6079-Civ-Dimitrouleas/Johnson

| | |
|---|---|
| BLANCHE BENFORD, | ) |
| CLAVEDIA BROS, and | ) |
| MADIE MOORE | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| NORTHWEST AIRLINES, INC., | ) |
| | ) |
|     Defendant. | ) |

### DEFENDANT NORTHWEST AIRLINES, INC.'S MOTION TO COMPEL PLAINTIFFS' INTERROGATORY ANSWERS, PRODUCTION OF REQUESTED DOCUMENTS AND TANGIBLE THINGS, AND PLAINTIFFS' DISCLOSURES PURSUANT TO S.D. FLA. L.R. 16.1.B.(1), (3) and (4) AND FOR AWARD OF ATTORNEYS' FEES

Defendant Northwest Airlines, Inc. ("Northwest"), by and through its undersigned counsel, and pursuant to Rule 37 of the Federal Rules of Civil Procedure and S.D. Fla. L.R. 26.1.H., respectfully requests the Court to enter an order compelling Plaintiffs Blanche Benford, Clavedia Bros, and Madie Moore to immediately provide, at Northwest's counsels' office, all answers to Defendants' First Set of Rule 26.1.G Interrogatories Propounded to Plaintiffs, to provide all documents and tangible things requested in Defendant Northwest



Airlines, Inc.'s First Request for Production to Plaintiffs Blanche Benford, Clavedia Bros, and Madie Moore, and to provide the disclosures required by S.D. Fla. L.R. 16.1.B.(1), (3) and (4). Further, pursuant to Fed. R. Civ. P. 37(a)(4)(A), Northwest requests an award of attorneys fees and expenses incurred in preparing and presenting this motion. The parties have conferred in good faith on these issues and are not able to resolve their disagreements without the intervention of the Court.

In support of their motion, Northwest attaches hereto its Memorandum in Support of Defendant Northwest Airlines, Inc.'s Motion to Compel Plaintiffs' Interrogatory Answers, Production of Requested Documents and Tangible Things, and Plaintiffs' Disclosures Pursuant to S.D. Fla. L.R. 16.1.b.(1), (3) and (4) and for Award of Attorneys' Fees, exhibits 1 through 5, and a proposed order.

Respectfully submitted,

CARY SCHWIMMER
Tennessee Bar No. 14026
W. TERRY SMITH, JR.
Tennessee Bar No. 19179
KIESEWETTER WISE KAPLAN
 SCHWIMMER & PRATHER, PLC
2650 Thousand Oaks Boulevard
Suite 2200
Memphis, Tennessee 38118
Voice: (901) 795-6695
Fax:   (901) 795-1646
E-mail: cschwimmer@kiesewetterwise.com
E-mail: tsmith@kiesewetterwise.com

ATTORNEYS FOR NORTHWEST
AIRLINES, INC.

*[signature]*

KENNETH W. WATERWAY
Florida Bar No. 0994235
HEINRICH GORDON HARGROVE
WEIHE & JAMES, P.A.
500 East Broward Boulevard - Suite 1000
Fort Lauderdale, Florida 33394-3092
Voice: (954) 527-2800
Fax: (954) 524-9481
Email: kwatrway@heinrichgordon.com

LOCAL COUNSEL FOR
NORTHWEST AIRLINES, INC.

**CERTIFICATE OF SERVICE**

I do hereby certify that on this 3rd day of August, 2000, one true and correct copy of of the foregoing was served via Facsimile and U.S. Mail, first class postage pre-paid, upon:

> Jacob A. Rose
> The Rose Law Firm, P.A.
> 215 Fifth Street
> Suite 305
> West Palm Beach, Florida 33401
>
> Counsel for Plaintiffs

*[signature]*