

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6079–Civ–Dimitrouleas/Johnson

| | |
|---|---|
| BLANCHE BENFORD, | ) |
| CLAVEDIA BROS, and | ) |
| MADIE MOORE | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| NORTHWEST AIRLINES, INC., | ) |
| | ) |
| Defendant. | ) |

FILED by _____ D.C.

AUG - 7 2000

CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER GRANTING DEFENDANT NORTHWEST AIRLINES, INC.'S MOTION TO COMPEL PLAINTIFFS' INTERROGATORY ANSWERS, PRODUCTION OF REQUESTED DOCUMENTS AND TANGIBLE THINGS, AND PLAINTIFFS' DISCLOSURES PURSUANT TO S.D. FLA. L.R. 16.1.B.(1), (3) and (4) AND FOR AWARD OF ATTORNEYS' FEES

This matter comes before the Court on Defendant Northwest Airlines, Inc.'s Motion to Compel Plaintiffs' Interrogatory Answers, Production of Requested Documents and Tangible Things, and Plaintiffs' Disclosures Pursuant to S.D. Fla. L.R. 16.1.b.(1), (3) and (4) and for Award of Attorneys' Fees. Having considered the motion well taken, it is GRANTED.



IT IS HEREBY ORDERED that Plaintiffs immediately provide by August /5, 2000, all answers to Defendants' First Set of Rule 26.1.G Interrogatories Propounded to Plaintiffs, provide all documents and tangible things requested in Defendant Northwest Airlines, Inc.'s First Request for Production to Plaintiffs Blanche Benford, Clavedia Bros, and Madie Moore, and to provide the disclosures required by S.D. Fla. L.R. 16.1.B.(1), (3), and (4).

IT IS FURTHER ORDERED that Plaintiffs pay to Northwest its reasonable attorneys' fees and expenses incurred in preparing and presenting this motion pursuant to Fed. R. Civ. P. 37(a)(4)(A). Northwest shall have fifteen days from entry of this Order within which to file an itemization of attorneys' fees and expenses.

IT IS SO ORDERED, this ___7 day of August, 2000.

HONORABLE LINNEA R. JOHNSON
UNITED STATES MAGISTRATE JUDGE