UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 00-6079-CIV-DIMITROULEAS

BLANCHE BENFORD,
CLAVEDIA BROS, and
MADIE MOORE,

    Plaintiffs,

vs.

NORTHWEST AIRLINES, INC.,

    Defendant.
_____/



### **PLAINTIFFS' NOTICE OF COMPLIANCE WITH THE COURT'S ORDER OF AUGUST 4, 2000**

COME NOW the Plaintiffs, BLANCHE BENFORD, CLAVEDIA BROS and MADIE MOORE, by and through their undersigned counsel, and give Notice of Compliance with the Court's Order of August 4, 2000.

Respectfully submitted,

THE ROSE LAW FIRM, P.A.
215 Fifth Street, Suite 305
West Palm Beach, FL 33401
Tel: 561-655-5113
Fax: 561-833-041?

By: _____ for
   JACOB A. ROSE
   Florida Bar No. 212202



**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Plaintiffs' Notice of Compliance with Court Order of August 4, 2000 has been furnished by mail this _15_ day of August 2000 to: Kenneth W. Waterway, Esq., HEINRICH GORDON HARGROVE WEIHE & JAMES, P.A., 500 E. Broward, Suite 1000, Fort Lauderdale, FL 33394-3092 and W. Terry Smith, Esq., Jr., KIESEWETTER WISE KAPLAN SCHWIMMER & PRATER, PLC, 2650 Thousand Oaks, Blvd., Suite 2200. Memphis, TN 38118.

JACOB A. ROSE

f:\wpdocs\marva\benford\comply.ord

2