IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6079-Civ-Dimitrouleas/Johnson



| | |
|---|---|
| BLANCHE BENFORD, | ) |
| CLAVEDIA BROS, and | ) |
| MADIE MOORE | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| NORTHWEST AIRLINES, INC., | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S PETITION FOR FEES AND COSTS

Pursuant to this Court's Order Granting Motion to Compel Plaintiffs' Interrogatory Answers, Production of Requested Documents and Tangible Things, and Plaintiffs' Disclosures Pursuant to S.D. Fla. L.R. 16.1.B.(1), (3), and (4) and for Award of Attorneys' Fees entered August 7, 2000, Northwest Airlines, Inc. ("Northwest") submits this Petition in support of its request for attorneys' fees and costs. In support of this Petition, Northwest submits the Affidavit of W. Terry Smith, Jr., Esq. (Smith Affidavit attached as Exhibit 1).



Defendant incurred fees associated with the following:

| | | |
|---|---|---|
| a. | 7/17/00 | Telephone call to Plaintiffs' counsel and letter to J. Rose; |
| b. | 7/17/00 | Received and reviewed correspondence from Plaintiffs' counsel; |
| c. | 7/28/00 | Telephone conference with Plaintiffs' counsel; |
| d. | 8/1/00 | Telephone call to Plaintiffs' counsel and letter to J. Rose; |
| e. | 8/2/00 | Prepare Motion to Compel Plaintiffs' Interrogatory Answers, Production of Requested Documents and Tangible Things, and Plaintiffs' Disclosures Pursuant to S.D. Fla. L.R. 16.1.B.(1), (3) and (4) and for Award of Attorneys' Fees, prepare memorandum in support of motion, and prepare proposed order compelling production; |
| f. | 8/3/00 | Review and finalize motion to compel, memorandum in support of motion to compel, and proposed order; |
| g. | 8/3/00 | Telephone call to local counsel, letter to Judge Johnson, letter to J. Rose, and telephone call to client; |
| h. | 8/21/00 | Preparation of Defendant's Petition for Fees and Costs; and |
| i. | 8/21/00 | Preparation of my Affidavit. |

For all of the foregoing, Northwest incurred the following expenses:

a. Fees

   1. 8.4 hours of time by W. Terry Smith, Jr., Esq. at $150.00 per

2

hour in July 2000 and $170.00 per hour in August 2000, for a total charge of $1,482.00.

    2. .3 hours of time by Cary Schwimmer, Esq. at $240.00 per hour, for a total charge of $72.00.

    3. The total attorneys' fees incurred by Northwest Airlines, Inc., and for which Northwest Airlines, Inc. seeks reimbursement is $1,554.00.

  b. Costs

    1. Costs incurred for photocopying of 225 copies at $.15 per copy in the total amount of $33.75.

    2. Cost incurred for Federal Express charges for overnight delivery to Court in the amount of $11.70.

  c. Total Expenses

Adding together the total attorneys' fees and total costs, the total amount of expenses sought by Northwest in its Petition for Fees and Costs is $1,599.45.

3

Respectfully submitted,

_W. Terry Smith_ (signature)

CARY SCHWIMMER
Tennessee Bar No. 14026
W. TERRY SMITH, JR.
Tennessee Bar No. 19179
KIESEWETTER WISE KAPLAN
 SCHWIMMER & PRATHER, PLC
2650 Thousand Oaks Boulevard
Suite 2200
Memphis, Tennessee 38118
Voice: (901) 795-6695
Fax:   (901) 795-1646
E-mail: cschwimmer@kiesewetterwise.com
E-mail: tsmith@kiesewetterwise.com

ATTORNEYS FOR NORTHWEST
AIRLINES, INC.

_Kenneth W. Waterway_ by _WTSJr_ (signature)

KENNETH W. WATERWAY
Florida Bar No. 0994235
HEINRICH GORDON HARGROVE
WEIHE & JAMES, P.A.
500 East Broward Boulevard - Suite 1000
Fort Lauderdale, Florida 33394-3092
Voice: (954) 527-2800
Fax: (954) 524-9481
Email: kwatrway@heinrichgordon.com

LOCAL COUNSEL FOR
NORTHWEST AIRLINES, INC.

4

**CERTIFICATE OF SERVICE**

I do hereby certify that on this 21st day of August, 2000, one true and correct copy of of the foregoing was served via Facsimile and U.S. Mail, first class postage pre-paid, upon:

>Jacob A. Rose
>The Rose Law Firm, P.A.
>215 Fifth Street
>Suite 305
>West Palm Beach, Florida 33401
>
>Counsel for Plaintiffs

*[signature]*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6079-Civ-Dimitrouleas/Johnson

| | |
|---|---|
| BLANCHE BENFORD, <br> CLAVEDIA BROS, and <br> MADIE MOORE <br><br> Plaintiffs, <br><br> vs. <br><br> NORTHWEST AIRLINES, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### AFFIDAVIT OF W. TERRY SMITH, JR., ESQ.

Comes now the Affiant, W. Terry Smith, Jr., Esq., having been duly sworn, deposes and states as follows:

1.  I am W. Terry Smith, Jr., an attorney licensed to practice law in the States of Tennessee and Arkansas, and am currently admitted to practice in the State of Florida *Pro Hac Vice* in the above matter. I am over the age of eighteen and have personal knowledge of the matters stated herein.

2.  I am an attorney of record for Northwest Airlines, Inc. ("Northwest") in Case



No. 00-6079-CIV-Dimitrouleas/Johnson filed by Blanche Benford, Clavedia Bros, and Madie Moore pending in the United States District Court for the Southern District of Florida.

3. Pursuant to my agreement with Northwest, my time in July 2000 was charged at a rate of $150.00 per hour and $170.00 per hour in August 2000. The rate of Cary Schwimmer, Esq., was $240.00 per hour in August 2000.

4. In conjunction with the preparation of Defendant Northwest Airlines, Inc.'s Motion to Compel Plaintiffs' Interrogatory Answers, Production of Requested Documents and Tangible Things, and Plaintiffs' Disclosures Pursuant to S.D. Fla. L.R. 16.1.B.(1), (3), and (4) and for Award of Attorneys' Fees, memorandum in support of motion, and proposed Order, Northwest incurred fees associated with the following:

| | | |
|---|---|---|
| a. | 7/17/00 | Telephone call to Plaintiffs' counsel and letter to J. Rose; |
| b. | 7/17/00 | Received and reviewed correspondence from Plaintiffs' counsel; |
| c. | 7/28/00 | Telephone conference with Plaintiffs' counsel; |
| d. | 8/1/00 | Telephone call to Plaintiffs' counsel and letter to J. Rose; |
| e. | 8/2/00 | Prepare Motion to Compel Plaintiffs' Interrogatory Answers, Production of Requested Documents and Tangible Things, and Plaintiffs' Disclosures Pursuant to S.D. Fla. L.R. 16.1.B.(1), (3) and (4) and for Award of Attorneys' Fees, prepare memorandum in support of motion, and prepare proposed order compelling production; |

2

|   |   |         |                                                                                                   |
|---|---|---------|---------------------------------------------------------------------------------------------------|
|   | f. | 8/3/00  | Review and finalize motion to compel, memorandum in support of motion to compel, and proposed order; |
|   | g. | 8/3/00  | Telephone call to local counsel, letter to Judge Johnson, letter to J. Rose, and telephone call to client; |
|   | h. | 8/21/00 | Preparation of Defendant's Petition for Fees and Costs; and                                       |
|   | i. | 8/21/00 | Preparation of my Affidavit.                                                                      |

5. The total attorneys' fees incurred by Northwest for which Northwest now seeks reimbursement is $1,554.00. These fees are reasonable and necessary and in line with the fees charged by attorneys in Shelby County, Tennessee for the same or similar services.

6. The total costs incurred by Northwest is $45.45.

7. Adding together the total attorneys' fees and total costs, the total amount of expenses sought by Northwest in this Petition for Fees and Costs is $1,599.45.

FURTHER AFFIANT SAITH NOT.

W. TERRY SMITH, JR., ESQ.

3

STATE OF TENNESSEE

COUNTY OF SHELBY

Sworn to and subscribed before me this 21st day of August, 2000.

*Irene R. King*
Notary Public

[Notary seal: IRENE R. KING, NOTARY PUBLIC AT LARGE, SHELBY COUNTY, TENNESSEE, My Commission Expires FEB. 27, 2001]

4