**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 00-6079-CIV-DIMITROULEAS/JOHNSON

BLANCHE BENFORD, et al,

    Plaintiff,

vs

NORTHWEST AIRLINES, INC.,

    Defendant.

_____/

FILED by D.C.
SEP 1 1 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER

**THIS CAUSE** is before the Court on this Court's Order Granting Defendant Northwest Airlines, Inc.'s Motion to Compel Plaintiffs' Interrogatory Answers, Production of Requested Documents and Tangible Things, and Plaintiffs' Disclosures Pursuant to S.D. Fla. L.R. 16.1.B.(1), (3) and (4) and for Award of Attorneys' Fees (Docket Entry No. 23). This Court has reviewed the pleadings filed incident to this matter and is otherwise duly advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that said order is vacated insofar as the award of attorneys fees. In all other respects, the order, which requires production of the subject discovery remains in full force and effect.

**DONE AND ORDERED** on September 11, 2000, in Chambers, at West Palm Beach, Florida.

LINNEA R. JOHNSON
CHIEF UNITED STATES MAGISTRATE JUDGE

cc:    The Honorable William P. Dimitrouleas
       Counsel of Record:

