**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 00-6079-CIV-DIMITROULEAS/JOHNSON

BLANCHE BENFORD, et al,

    Plaintiff,

vs

NORTHWEST AIRLINES, INC.,

    Defendant.

_____/

FILED by D.C.
SEP 11 2000
CLERK U.S. DIST. CT.
S.D. OF FLA W.P.B.

### ORDER

**THIS CAUSE** is before the Court on Defendant's Petition for Fees and Costs (Docket Entry No. 25). This Court has reviewed the pleadings filed incident to this matter and is otherwise duly advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that said petition is **DENIED AS MOOT**.

**DONE AND ORDERED** on September 11, 2000, in Chambers, at West Palm Beach, Florida.

LINNEA R. JOHNSON
CHIEF UNITED STATES MAGISTRATE JUDGE

cc:   The Honorable William P. Dimitrouleas
      Counsel of Record:
      Jacob A. Rose, Esq.
          215 Fifth Street　Ste. 305
          West Palm Beach, FL 33401
      W. Terry Smith, Jr., Esq.
          Kiesewetter, Wise et al
          2650 Thousand Oaks Blvd.　Ste. 2200
          Memphis, TN 38118

