**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 00-6079-CIV-DIMITROULEAS/JOHNSON

BLANCHE BENFORD, et al,

    Plaintiff,

vs

NORTHWEST AIRLINES, INC.,

    Defendant.

_____/

FILED by D.S.
SEP 1 1 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER

**THIS CAUSE** is before the Court on Plaintiffs' Objection to Magistrate's Order Granting Defendant's Motion to Compel and Award of Attorneys' Fees, Dated August 7, 2000 (Docket Entry No. 26). This Court has reviewed the pleadings filed incident to this matter and is otherwise duly advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that said motion is **STRICKEN AS MOOT** in light of the Order vacating in part the Order of August 7, 2000.

**DONE AND ORDERED** on September 11, 2000, in Chambers, at West Palm Beach, Florida.

LINNEA R. JOHNSON
CHIEF UNITED STATES MAGISTRATE JUDGE

cc:  The Honorable William P. Dimitrouleas
Jacob A. Rose, Esq.
    215 Fifth Street   Ste. 305
    West Palm Beach, FL 33401
W. Terry Smith, Jr., Esq.
    Kiesewetter, Wise et al
    2650 Thousand Oaks Blvd. Ste. 2200
    Memphis, TN 38118

