UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6079-CIV-DIMITROULEAS

BLANCHE BEDFORD, CLAVEDIA BROS,
and MADIE MOORE,

   Plaintiffs,

vs.

NORTHWEST AIRLINES, INC.,

   Defendant.
_____/

FILED by _____ D.C.

SEP 1 2 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## **ORDER**

THIS CAUSE is before the Court upon Plaintiff, Blanche Benford, Clavedia Bros. And Madie Moore Objection to Magistrate's Order Granting Defendant's Motion to Compel, Dated August 7, 2000, filed herein on September 6, 2000. The Court has carefully considered the objection, and has conducted a de novo search of the case file, and is otherwise fully advised in the premises.

It is undisputed that Plaintiffs did not respond to a discovery request in a timely manner. Plaintiffs argue that the delay was caused by several calamities, and other unfortunate occurrences, which made responding to the requests impossible. Additionally, Plaintiffs claim that only 2.5 hours should have been expended on the Motion to Compel, and the award of $1,599.45 in Attorney's Fees and costs was excessive.

Based on Plaintiffs representations to the Court, the untimeliness of their response to the request for production, and the amount of time that should accompany the Motion to Compel at issue, this Court shall reduce the award of Attorney's Fees and costs to $1,000.

Accordingly, it is



**ORDERED AND ADJUDGED** that Plaintiffs' Objection to Magistrate's Order Granting Defendant's Motion to Compel and Award of Attorneys' Fees, dated August 7, 2000 is **SUSTAINED**, in part. The award of Attorneys' Fees shall be reduced to $1,000. The Court notes that Plaintiffs did not include an Affidavit with their Objections to inform the Court what a reasonable amount of time to expend on a Motion to Compel should be. Additionally, Plaintiffs do not include a single case citation to bolster their argument.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 12 day of September, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

copies to:

Magistrate Judge Linnea Johnson

Jacob Rose, Esq.
W. Terry Smith, Esq.