**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

**Case No. 00-6079–Civ–Dimitrouleas/Johnson**

| | |
|---|---|
| **BLANCHE BENFORD,** | ) |
| **CLAVEDIA BROS, and** | ) |
| **MADIE MOORE** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **vs.** | ) |
| | ) |
| | ) |
| **NORTHWEST AIRLINES, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## NOTICE TO TAKE VIDEO TAPE DEPOSITION OF PLAINTIFF BLANCHE BENFORD

TO:     Jacob A. Rose
        Attorney for Plaintiffs
        The Rose Law Firm, P.A.
        215 Fifth Street
        Suite 305
        West Palm Beach, Florida 33401

PLEASE TAKE NOTICE that Defendant, Northwest Airlines, Inc., will take the

video tape deposition of Plaintiff Blanche Benford upon oral examination pursuant to the

Federal Rules of Civil Procedure beginning at 9:00 a.m. on January 10, 2001 and continuing



until completed, at the Law Offices of Heinrich Gordon Hargrove Weihe & James, P.A., 500

East Broward Boulevard, Suite 1000, Fort Lauderdale, Florida 33394-3092.

    The deposition will be recorded by video tape and stenographic means. The

deposition will be taken before an officer authorized by law to administer oaths and will

continue until completed. You are invited to attend and cross examine the witness.

                          Respectfully submitted,

                          CARY SCHWIMMER
                          Tennessee Bar No. 14026
                          W. TERRY SMITH, JR.
                          Tennessee Bar No. 19179

                          KIESEWETTER WISE KAPLAN
                           SCHWIMMER & PRATHER, PLC
                          2650 Thousand Oaks Boulevard
                          Suite 2200
                          Memphis, Tennessee 38118
                          Voice: (901) 795-6695
                          Fax:   (901) 795-1646
                          E-mail: cschwimmer@kiesewetterwise.com
                          E-mail: tsmith@kiesewetterwise.com

                          ATTORNEYS FOR
                          NORTHWEST AIRLINES, INC.

Kenneth W. Waterway
Florida Bar No. 0994235
HEINRICH GORDON HARGROVE
WEIHE & JAMES, P.A.
500 East Broward Boulevard - Suite 1000
Fort Lauderdale, Florida 33394-3092
Voice: (954) 527-2800
Fax: (954) 524-9481
Email: kwatrway@heinrichgordon.com

LOCAL COUNSEL FOR
NORTHWEST AIRLINES, INC.

## CERTIFICATE OF SERVICE

I do hereby certify that on this $\underline{11^{th}}$ day of December, 2000, one true and correct

copy of of the foregoing was served by U.S. Mail, first class postage pre-paid, upon:

Jacob A. Rose
The Rose Law Firm, P.A.
215 Fifth Street
Suite 305
West Palm Beach, Florida 33401

Counsel for Plaintiffs