**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No. 00-6079–Civ–Dimitrouleas/Johnson

| | |
|---|---|
| **BLANCHE BENFORD,** | ) |
| **CLAVEDIA BROS, and** | ) |
| **MADIE MOORE** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| **NORTHWEST AIRLINES, INC.,** | ) |
| | ) |
| Defendant. | ) |

**NOTICE TO TAKE VIDEO TAPE DEPOSITION OF PLAINTIFF
CLAVEDIA BROS**

TO:  Jacob A. Rose
     Attorney for Plaintiffs
     The Rose Law Firm, P.A.
     215 Fifth Street
     Suite 305
     West Palm Beach, Florida 33401

PLEASE TAKE NOTICE that Defendant, Northwest Airlines, Inc., will take the video tape deposition of Plaintiff Clavedia Bros upon oral examination pursuant to the Federal Rules of Civil Procedure beginning at 9:00 a.m. on January 11, 2001 and continuing



until completed, at the Law Offices of Heinrich Gordon Hargrove Weihe & James, P.A., 500 East Broward Boulevard, Suite 1000, Fort Lauderdale, Florida 33394-3092.

The deposition will be recorded by video tape and stenographic means. The deposition will be taken before an officer authorized by law to administer oaths and will continue until completed. You are invited to attend and cross examine the witness.

Respectfully submitted,

CARY SCHWIMMER
Tennessee Bar No. 14026
W. TERRY SMITH, JR.
Tennessee Bar No. 19179

KIESEWETTER WISE KAPLAN
 SCHWIMMER & PRATHER, PLC
2650 Thousand Oaks Boulevard
Suite 2200
Memphis, Tennessee 38118
Voice: (901) 795-6695
Fax:   (901) 795-1646
E-mail: cschwimmer@kiesewetterwise.com
E-mail: tsmith@kiesewetterwise.com

ATTORNEYS FOR
NORTHWEST AIRLINES, INC.

Kenneth W. Waterway
Florida Bar No. 0994235
HEINRICH GORDON HARGROVE
WEIHE & JAMES, P.A.
500 East Broward Boulevard - Suite 1000
Fort Lauderdale, Florida 33394-3092
Voice: (954) 527-2800
Fax: (954) 524-9481
Email: kwatrway@heinrichgordon.com

LOCAL COUNSEL FOR
NORTHWEST AIRLINES, INC.

### CERTIFICATE OF SERVICE

I do hereby certify that on this $\underline{11^{\text{th}}}$ day of December, 2000, one true and correct copy of of the foregoing was served by U.S. Mail, first class postage pre-paid, upon:

Jacob A. Rose
The Rose Law Firm, P.A.
215 Fifth Street
Suite 305
West Palm Beach, Florida 33401

Counsel for Plaintiffs

_____