UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 00-6079-CIV-DIMITROULEAS/Johnson

BLANCHE BENFORD,
CLAVEDIA BROS, and
MADIE MOORE,

    Plaintiffs,

vs.

NORTHWEST AIRLINES, INC.,

    Defendant.
_____/

NIGHT BOX
FILED
JAN 8 2001
CLARENCE MADDUX
CLERK, USDC / SDFL / FTL

### PLAINTIFFS' NOTICE OF TRIAL CONFLICTS

Plaintiffs, by and through their undersigned counsel, hereby submit this schedule of trial conflicts for consideration by the Court, as follows:

1. **January 2, 2001, specially set 10-day trial commences in *U.S. v. Pendergraft, et al*, Case No. 5:00-cr-21-Oc-10, Wm. Terrell Hodges, Ocala Division**;

2. January 16, 2001, specially set in *Brochu v. City of Riviera Beach*, Case No. 98-8031-CIV-RYSKAMP;

3. February 12, 2001, *Finklea v. City of Hollywood, et al*, Case No. 99-7197-CIV-FERGUSON;

4. February 1, 2001, *Finklea v. City of Hollywood, et al*, Case No. 99-7197-CIV-FERGUSON, Mediation;



5.  February 19, 2001, trial docket commences in *Rose v. Herbinger*, Case No. 95-11815-CA(09);

6.  March 5, 2001, trial docket commences in *Sorells, et al v. City of Riviera Beach, et al*, Case No. 99-242-CIV-GRAHAM;

7.  May 8, 2001, Pretrial Conference in *Haynes v. Dove's Nest, Inc.*, Case No. 8:00-CIV-142-T-24(A);

8.  June 4, 2001, trial docket commences in *Edwards v. William Henderson*, Case No. 99-8839-CIV-GRAHAM;

9.  June 18, 2001, trial docket commences in *Moore v. Sovereign Construction Services, Inc.*, Case No. 99-8780-CIV-RYSKAMP.

> Respectfully submitted,
>
> THE ROSE LAW FIRM, P.A.
> Counsel for Plaintiffs
> 215 Fifth Street - Suite 305
> West Palm Beach, FL 33401
> Telephone: (561) 655-5113
> Facsimile: (561) 833-0417
>
> By: _[signature]_
> JACOB A. ROSE
> Florida Bar No. 212202

## CERTIFICATE OF SERVICE

**I CERTIFY** that a copy of Plaintiff's Notice of Trial Conflict has been furnished by mail ~~& facsimile~~ this _9th_ day of January 2001 to: W. Terry Smith, Esq., Jr., KIESEWETTER

2

WISE KAPLAN SCHWIMMER & PRATER, PLC, 2650 Thousand Oaks, Blvd., Suite 2200, Memphis, TN 38118.

JACOB A. ROSE

f:\wpdocs\marva\benford\conflict.not

3