**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 00-6079-CIV-DIMITROULEAS/JOHNSON

BLANCHE BENFORD,
CLAVEDIA BROS and
MADIE MOORE,

    Plaintiff,

vs

NORTHWEST AIRLINES, INC.,

    Defendant.
_____/

FILED by D.C.
JAN - 9 2001
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### ORDER

**THIS CAUSE** is before the Court on Plaintiffs' Emergency Motion for Protective Order, dated January 8, 2001. This Court has reviewed the pleadings filed incident to this matter and is otherwise duly advised in t he premises. Accordingly it is hereby

**ORDERED AND ADJUDGED** that said motion is **DENIED**.

**DONE AND ORDERED** on January 9, 2001, in Chambers, at West Palm Beach, Florida.

LINNEA R. JOHNSON
CHIEF UNITED STATES MAGISTRATE JUDGE

CC:   The Honorable William P. Dimitrouleas
       Jacob A. Rose, Esquire (Fax No. 561/833-0417)
       W. Terry Smith, Esquire, Jr., Esquire
           Kaplan Schwimmer & Prater, PLC
           2650 Thousand Oaks Blvd. Ste. 2200
           Memphis, TN 38118

