## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6079–Civ–Dimitrouleas/Johnson

| | |
|---|---|
| BLANCHE BENFORD, | ) |
| CLAVEDIA BROS, and | ) |
| MADIE MOORE | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| NORTHWEST AIRLINES, INC., | ) |
| | ) |
| Defendant. | ) |

NIGHT BOX
FILED
JAN 26 2001
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

## CERTIFICATE OF CONSULTATION

The undersigned certifies that, pursuant to Fed. R. Civ. P. 26(c), on January 25, 2001, W. Terry Smith, Jr., the undersigned counsel for the Defendant, telephoned counsel for the Plaintiffs concerning Defendant's Motion for Protective Order. (Letter confirming telephone conversation attached as Exhibit 1). The undersigned hereby represents that counsel for the parties could not reach agreement on Defendant's motion.



Respectfully submitted,

_____
CARY SCHWIMMER
Tennessee Bar No. 14026
W. TERRY SMITH, JR.
Tennessee Bar No. 19179

KIESEWETTER WISE KAPLAN
 SCHWIMMER & PRATHER, PLC
2650 Thousand Oaks Boulevard
Suite 2200
Memphis, Tennessee 38118
Voice: (901) 795-6695
Fax:   (901) 795-1646
E-mail: cschwimmer@kiesewetterwise.com
E-mail: tsmith@kiesewetterwise.com

ATTORNEYS FOR
NORTHWEST AIRLINES, INC.

_____
KENNETH W. WATERWAY
Florida Bar No. 0994235
HEINRICH GORDON HARGROVE
WEIHE & JAMES, P.A.
500 East Broward Boulevard - Suite 1000
Fort Lauderdale, Florida 33394-3092
Voice: (954) 527-2800
Fax: (954) 524-9481
Email: kwatrway@heinrichgordon.com

LOCAL COUNSEL FOR
NORTHWEST AIRLINES, INC.

2

**CERTIFICATE OF SERVICE**

I do hereby certify that on this 26th day of January 2001, one true and correct copy of of the foregoing was served via Facsimile and U.S. Mail, first class postage pre-paid, upon:

>Jacob A. Rose
>The Rose Law Firm, P.A.
>215 Fifth Street
>Suite 305
>West Palm Beach, Florida 33401

>Counsel for Plaintiffs

# KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER, PLC

ATTORNEYS AT LAW

8650 THOUSAND OAKS BOULEVARD • SUITE 3200 • MEMPHIS, TENNESSEE • 38118
PHONE (901)795-6896 • FAX (901)795-1646

JONATHAN E. KAPLAN
JAY W. KIESEWETTER
ROBERT D. MEYERS
PAUL E. PRATHER
CARY SCHWIMMER
JOHN W. SIMMONS
J. EDWARD WISE

HOWARD L. CLEVELAND, IV
KAREN W. WHIGNAU
LISA L. LEACH
GEORGE W. LOVELAND, II
PHYLLIS R. MORGAN
W. TERRY SMITH, JR.
TODD E. TAYLOR
TANJA L. THOMPSON
DAVID S. WILSON, III
JASON O. WOLFKILL

HUMAN RESOURCES &
MANAGEMENT CONSULTANT
PATRICK T. FLEMING
(NON-ATTORNEY)

RESEARCH SPECIALIST
R. BRADLEY MOKROS
(NON-ATTORNEY)

January 25, 2001

### Via Facsimile & First Class Mail

Jacob A. Rose
ATTENTION: Marva
The Rose Law Firm, P.A.
215 Fifth Street
Suite 305
West Palm Beach, FL 33401

Re: Benford, et al v. Northwest Airlines, Inc.
No. 00-6079-CIV-Dimitrouleas/Johnson

Dear Marva:

This is to confirm our conversation this morning wherein we discussed the Plaintiffs' Notice of Taking Deposition Duces Tecum in the above-referenced matter. The purpose of my telephone call was to visit with Mr. Rose regarding our objection to the notice because the request for documents that "Northwest intends to offer into evidence at the trial" is untimely and violates the attorney work-product doctrine. In addition, the designation of a corporate representative "with most knowledge about the facts and circumstances in Plaintiffs' complaint" does not meet the requirement of "reasonable particularity" in Fed. R. Civ. P. 30(b)(6).

As we discussed, Northwest will file a motion for protective order this afternoon unless we receive confirmation in writing from Mr. Rose that the notice is not valid. Pursuant to the requirement that we confer prior to filing our motion, I will note in our motion that Plaintiffs' counsel and Northwest's counsel were unable to reach agreement on this issue.

Sincerely,

W. Terry Smith, Jr.

WTS:st

**EXHIBIT 1**