IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6079–Civ–Dimitrouleas/Johnson

| | |
|---|---|
| BLANCHE BENFORD, | ) |
| CLAVEDIA BROS, and | ) |
| MADIE MOORE | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| NORTHWEST AIRLINES, INC., ) | |
| | ) |
| Defendant. | ) |

## JOINT MOTION FOR CONTINUANCE OF THE
## SUBSTANTIVE PRETRIAL MOTIONS DEADLINE

Comes now the Defendant Northwest Airlines, Inc. ("Northwest") and Plaintiffs Blanche Benford, Clavedia Bros, and Madie Moore ("Plaintiffs"), by and through their respective undersigned counsel, and hereby move this Court for an Order continuing the deadline for filing substantive pretrial motions from February 16, 2001 to February 23, 2001. In support of this joint motion, the parties state as follows:

1.  This matter involves three plaintiffs with separate factual allegations underlying their complaint. Plaintiffs' Complaint includes allegations of race discrimination, gender discrimination, disability discrimination, and state common law causes of action. Plaintiffs' Complaint includes over forty numbered paragraphs, with over forty-five subparagraphs.



2. The discovery cutoff date in this matter is Friday, February 9, 2001. The substantive pretrial motion deadline is February 16, 2001.

3. Because of scheduling difficulties the parties were unable to complete the depositions of the three plaintiffs until January 12, 2001.

4. As a result, the parties have been actively involved in completing discovery up to and including this week.

5. This request for a continuance of the substantive pretrial motion deadline to February 23, 2001 will not affect the parties ability to be prepared for the trial of this matter scheduled for calendar call on May 4, 2001.

WHEREFORE, the parties respectfully request that the Court enter an Order extending the substantive pretrial motion deadline to February 23, 2001.

Respectfully submitted,

_____ 150077
CARY SCHWIMMER
Tennessee Bar No. 14026
W. TERRY SMITH, JR.
Tennessee Bar No. 19179

KIESEWETTER WISE KAPLAN
 SCHWIMMER & PRATHER, PLC
2650 Thousand Oaks Boulevard
Suite 2200
Memphis, Tennessee 38118
Voice: (901) 795-6695
Fax:    (901) 795-1646
E-mail: cschwimmer@kiesewetterwise.com
E-mail: tsmith@kiesewetterwise.com

2

ATTORNEYS FOR
NORTHWEST AIRLINES, INC.

_____ #150077

KENNETH W. WATERWAY
Florida Bar No. 0994235
HEINRICH GORDON HARGROVE
WEIHE & JAMES, P.A.
500 East Broward Boulevard - Suite 1000
Fort Lauderdale, Florida 33394-3092
Voice: (954) 527-2800
Fax: (954) 524-9481
Email: kwaterway@heinrichgordon.com

LOCAL COUNSEL FOR
NORTHWEST AIRLINES, INC.

_____ #150077

JACOB A. ROSE
Florida Bar No. 212202
THE ROSE LAW FIRM, P.A.
215 Fifth Street
Suite 305
West Palm Beach, Florida 33401
Voice: (561) 655-5113
Fax: (561) 833-0417

ATTORNEY FOR PLAINTIFFS BLANCHE
BENFORD, CLAVEDIA BROS, AND MADIE
MOORE

G:\LAW\83008\002\pleadings\def's mt to extend time

3