IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6079–Civ–Dimitrouleas/Johnson

BLANCHE BENFORD, )
CLAVEDIA BROS, and )
MADIE MOORE )
　　　　　　　　　　　)
　　　Plaintiffs, )
　　　　　　　　　　　)
vs. )
　　　　　　　　　　　)
　　　　　　　　　　　)
NORTHWEST AIRLINES, INC., )
　　　　　　　　　　　)
　　　Defendant. )

## ORDER GRANTING JOINT MOTION FOR CONTINUANCE OF THE SUBSTANTIVE PRETRIAL MOTIONS DEADLINE

This matter comes before the Court on Joint Motion for Continuance of the Substantive Pretrial Motions Deadline. Having considered the motion well taken, it is GRANTED.

IT IS HEREBY ORDERED that the substantive pretrial motions deadline is extended from February 16, 2001 to February 23, 2001.

IT IS SO ORDERED, this ____ day of February, 2001.

HONORABLE WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

copies furnished counsel

G:\LAW\83008\002\pleadings\extension order.wpd

Jacob Rose
Kenneth W Waterway
Cory Schwimmer

