## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6079–Civ–Dimitrouleas/Johnson

| | |
|---|---|
| **BLANCHE BENFORD,** ) | |
| **CLAVEDIA BROS, and** ) | |
| **MADIE MOORE** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| ) | |
| **NORTHWEST AIRLINES, INC.,** ) | |
| ) | |
| Defendant. ) | |

### EMERGENCY JOINT MOTION FOR CONTINUANCE OF THE
### SUBSTANTIVE PRETRIAL MOTIONS DEADLINE

Comes now the Defendant Northwest Airlines, Inc. ("Northwest") and Plaintiffs Blanche Benford, Clavedia Bros, and Madie Moore ("Plaintiffs"), by and through their respective undersigned counsel, and hereby move this Court for an Order continuing the deadline for filing substantive pretrial motions from February 23, 2001 to March 9, 2001. In support of this joint motion, the parties state as follows:

1. This matter involves three plaintiffs with separate factual allegations underlying their complaint. Northwest intends to file a separate summary judgment motion as to the claims of each Plaintiff.

2. The discovery cutoff date in this matter was Friday, February 9, 2001.



3. Because of scheduling difficulties the parties were unable to complete the depositions of the three plaintiffs until January 12, 2001, and were actively involved in completing discovery up to and including Friday, February 9, 2001.

4. The parties, having completed discovery, are currently working toward resolving this matter through settlement.

5. The parties will be unable to conclude settlement negotiations prior to the substantive pretrial motion deadline of February 23, 2001. The parties understand and submit that the possibility of resolving these matters through settlement will be greatly reduced once Northwest undertakes the time and costs necessary to complete the summary judgment motions.

6. This request for a continuance of the substantive pretrial motion deadline to March 9, 2001 will not affect the parties ability to be prepared for the trial of this matter scheduled for calendar call on May 4, 2001.

WHEREFORE, the parties respectfully request that the Court enter an Order extending the substantive pretrial motion deadline to March 9, 2001.

Respectfully submitted

CARY SCHWIMMER
Tennessee Bar No. 14026
W. TERRY SMITH, JR.
Tennessee Bar No. 19179

KIESEWETTER WISE KAPLAN
 SCHWIMMER & PRATHER, PLC
2650 Thousand Oaks Boulevard
Suite 2200
Memphis, Tennessee 38118
Voice: (901) 795-6695

2

Fax:   (901) 795-1646
E-mail: cschwimmer@kiesewetterwise.com
E-mail: tsmith@kiesewetterwise.com

ATTORNEYS FOR
NORTHWEST AIRLINES, INC.

_____
KENNETH W. WATERWAY
Florida Bar No. 0994235
HEINRICH GORDON HARGROVE
 WEIHE & JAMES, P.A.
500 East Broward Boulevard - Suite 1000
Fort Lauderdale, Florida 33394-3092
Voice: (954) 527-2800
Fax: (954) 524-9481
Email: kwaterway@heinrichgordon.com

LOCAL COUNSEL FOR
NORTHWEST AIRLINES, INC.

_____
JACOB A. ROSE
Florida Bar No. 212202
THE ROSE LAW FIRM, P.A.
215 Fifth Street
Suite 305
West Palm Beach, Florida 33401
Voice: (561) 655-5113
Fax: (561) 833-0417

ATTORNEY FOR PLAINTIFFS BLANCHE
BENFORD, CLAVEDIA BROS, AND MADIE
MOORE

G:\LAW\83008\002\Emergency Motion for Continuance

3