# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6079-Civ-Dimitrouleas/Johnson

BLANCHE BENFORD,            )
CLAVEDIA BROS, and          )
MADIE MOORE                 )
                            )
    Plaintiffs,           )
                            )
vs.                         )
                            )
                            )
NORTHWEST AIRLINES, INC., ) 
                            )
    Defendant.            )

## ORDER GRANTING EMERGENCY JOINT MOTION FOR CONTINUANCE
## OF THE SUBSTANTIVE PRETRIAL MOTIONS DEADLINE

This matter comes before the Court on Emergency Joint Motion for Continuance of the Substantive Pretrial Motions Deadline. Having considered the motion well taken, it is GRANTED.

IT IS HEREBY ORDERED that the substantive pretrial motions deadline is extended from February 23, 2001 to March 9, 2001.

IT IS SO ORDERED, this ___ day of February, 2001.

HONORABLE WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

83008\002\Order on Emerg Mt Continuance.doc

