UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BLANCHE BENFORD, et al.
    Plaintiff,

vs

NORTHWEST AIRLINES, INC.
    Defendant,
_____/

CASE NO:
00-6079-CIV-DEMETRIOLIS
NOTICE OF MEDIATION

W. Terry Smith, Esquire
Kiesewetter, Wise, Kaplan, et al.
2650 Thousand Oaks Blvd.
Suite 2200
Memphis, TN 38118

Jacob Rose, Esquire
Rose Law Firm
215 5th Street
Suite 305
West Palm Beach, FL 33401

    **YOU ARE HEREBY NOTIFIED**, pursuant to the agreement of the parties, a Mediation Conference shall be held in this case before Donald H. Norman, Esquire of Mediation, Inc., Bank of America Tower, 18th Floor, 100 Southeast Third Avenue, Fort Lauderdale, FL 33394 on March 2, 2001 at 9:00 AM. Any correspondance with the Mediator shall be directed to Mediation, Inc., PO Box 4978, Fort Lauderdale, Florida, 33338, FAX (954)767-0505. **8.00 hours have been reserved.**

"If you are a person with a disability who needs any accomodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator in the Administration Office of Mediation, Inc., 100 Southeast Third Avenue, Fort Lauderdale, Florida 33394, Telephone (954) 764-1000 or (800) 741-7000, within two (2) working days of the receipt of this Notice of Mediation."

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Mediation has been provided by mail to the above named addressees this 26th day of February, 2001.

    MEDIATION, INC.

    By *[signature]*
    **JAMES B. CHAPLIN, ESQUIRE**
    **Florida Bar Number 110628**
    **Post Office Box 4978**
    **Fort Lauderdale, FL 33338**
    **Telephone: (954) 764-1000**
                  **(800) 741-7000**

