UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BLANCHE BENFORD, et al.
    Plaintiff,

vs

NORTHWEST AIRLINES, INC.
    Defendant,
                               /

CASE NO: 00-6079-CIV-DIMITROULEAS

MEDIATION REPORT

Type of Case:

Pursuant to the Court's Order/Joint Stipulation, a Mediation Conference was conducted by Donald H. Norman, Esquire of MEDIATION, INC., on March 2, 2001.

The following were present:

    All Plaintiffs and Plaintiff Trial Counsel appeared.

    Defendant's Trial Counsel appeared by telephone.

The result of the Mediation Conference is as follows:

    The case has SETTLED as to Plaintiffs Benford & Bros. The conference has been ADJOURNED as to Plaintiff Moore until two weeks.

Copies furnished by U.S. Mail to:

    Cary Schwimmer, Esquire

    Jacob A. Rose, Esquire

RESPECTFULLY SUBMITTED on March 6, 2001.

JAMES B. CHAPLIN, ESQUIRE
for Donald H. Norman
Florida Bar Number 110628
Certified Mediator for MEDIATION, INC.
Post Office Box 4978
Fort Lauderdale, FL 33338
Telephone: (954) 764-1000
            (800) 741-7000