**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**Case No. 00-6079–Civ–Dimitrouleas/Johnson**

| | |
|---|---|
| **BLANCHE BENFORD,** | ) |
| **CLAVEDIA BROS, and** | ) |
| **MADIE MOORE** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| **NORTHWEST AIRLINES, INC.,** | ) |
| | ) |
| Defendant. | ) |

NIGHT BOX
FILED

MAR - 9 2001

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

---

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**
**AS TO CLAIMS OF MADIE MOORE**

---

Comes now the Defendant Northwest Airlines, Inc. ("Northwest") by and through its undersigned attorneys, and pursuant to Fed. R. Civ. P. 56(b) and (c), respectfully moves this Honorable Court for summary judgment in its favor on all claims of Madie Moore on the grounds that: (1) there are no genuine issues of material fact; and (2) Northwest is entitled to judgment as a matter of law on all of Plaintiff Moore's claims.

In support of this Motion, Northwest submits a statement of material facts, which includes as attachments the Declaration of Timothy J. Bechtold and excerpts and exhibits from the deposition of Plaintiff Madie Moore, and a supporting memorandum of law.

52
DM

Respectfully submitted,

CARY SCHWIMMER
Tennessee Bar No. 14026
W. TERRY SMITH, JR.
Tennessee Bar No. 19179

KIESEWETTER WISE KAPLAN
SCHWIMMER & PRATHER, PLC
2650 Thousand Oaks Boulevard
Suite 2200
Memphis, Tennessee 38118
Voice: (901) 795-6695
Fax:    (901) 795-1646
E-mail: cschwimmer@kiesewetterwise.com
E-mail: tsmith@kiesewetterwise.com

ATTORNEYS FOR
NORTHWEST AIRLINES, INC.

KENNETH W. WATERWAY
Florida Bar No. 0994235
HEINRICH GORDON HARGROVE
WEIHE & JAMES, P.A.
500 East Broward Boulevard - Suite 1000
Fort Lauderdale, Florida 33394-3092
Voice: (954) 527-2800
Fax: (954) 524-9481
Email: kwatrway@heinrichgordon.com

LOCAL COUNSEL FOR
NORTHWEST AIRLINES, INC.

2

## CERTIFICATE OF SERVICE

I do hereby certify that on this _____9th_____ day of March, 2001, one true and correct copy of of the foregoing was served via U.S. Mail, first class postage pre-paid, upon:

Jacob A. Rose
The Rose Law Firm, P.A.
215 Fifth Street
Suite 305
West Palm Beach, Florida 33401

Counsel for Plaintiff