cv-06079-WPD   Document 55   Entered on FLSD Docket 03/14/2001   F

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6079–Civ–Dimitrouleas/Johnson

**BLANCHE BENFORD,** )
**CLAVEDIA BROS, and** )
**MADIE MOORE** )
　　　　　　　　　　　　　　)
　　Plaintiffs, )
　　　　　　　　　　　　　　)
vs. )
　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　)
**NORTHWEST AIRLINES, INC.,** )
　　　　　　　　　　　　　　)
　　Defendant. )

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that all claims asserted in this case by Plaintiff Clavedia Bros are hereby dismissed with prejudice and, further, that all parties shall bear their own costs and fees.

This **2nd** day of March, 2001.

Respectfully submitted,



_____  
CARY SCHWIMMER  
KIESEWETTER WISE KAPLAN  
 SCHWIMMER & PRATHER, PLC  
2650 Thousand Oaks Boulevard, Suite 2200  
Memphis, Tennessee 38118

ATTORNEY FOR NORTHWEST  
AIRLINES, INC.

_____  
JACOB A. ROSE  
THE ROSE LAW FIRM, P.A.  
215 Fifth Street, Suite 305  
West Palm Beach, Florida 33401

ATTORNEY FOR CLAVEDIA BROS