## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6079–Civ–Dimitrouleas/Johnson

| | |
|---|---|
| **BLANCHE BENFORD,** <br> **CLAVEDIA BROS, and** <br> **MADIE MOORE** <br><br> Plaintiffs, <br><br> vs. <br><br> **NORTHWEST AIRLINES, INC.,** <br><br> **Defendant.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that all claims asserted in this case by Plaintiff Blanche Benford are hereby dismissed with prejudice and, further, that all parties shall bear their own costs and fees.

This __02__ day of March, 2001.

Respectfully submitted,



CARY SCHWIMMER
KIESEWETTER WISE KAPLAN
 SCHWIMMER & PRATHER, PLC
2650 Thousand Oaks Boulevard, Suite 2200
Memphis, Tennessee 38118

ATTORNEY FOR NORTHWEST
 AIRLINES, INC.

JACOB A. ROSE
THE ROSE LAW FIRM, P.A.
215 Fifth Street, Suite 305
West Palm Beach, Florida 33401

ATTORNEY FOR BLANCHE BENFORD