UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6079-CIV-DIMITROULEAS

BLANCHE BEDFORD, CLAVEDIA BROS,
and MADIE MOORE,

Plaintiffs,

vs.

NORTHWEST AIRLINES, INC.,

Defendant.
_____/

## ORDER

THIS CAUSE is before the Court upon the Stipulation of Dismissal with Prejudice from Plaintiff, Blanche Benford, filed herein on March 13, 2001 and the Stipulation of Dismissal with Prejudice from Plaintiff, Clavedia Bros, filed herein on March 13, 2001. The Court has carefully considered the Stipulations and being and otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** as follows:

1. The Stipulations from Plaintiffs, Blanche Benford and Clavedia Bros are hereby Accepted; and

2. Blanche Benford and Clavedia Bros hereby Dismiss their claims against Defendant Northwest Airlines from the above styled action, with prejudice. The Court notes that Plaintiff Madie Moore is the only that Plaintiff remaining in this action.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___15___ day of March, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

copies to:

Jacob Rose, Esq.
Cary Schwimmer, Esq.