UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 00-6079-CIV-DIMITROULEAS/Johnson

BLANCHE BENFORD,
CLAVEDIA BROS, and
MADIE MOORE,

    Plaintiffs,

vs.

NORTHWEST AIRLINES, INC.,

    Defendant.
_____/

NIGHT BOX
FILED
MAR 26 2001
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

### PLAINTIFF MADIE MOORE'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM OF LAW

    Plaintiff, MADIE MOORE, by and through her undersigned counsel and pursuant to Fed.R.Civ.P 56(e), hereby files this Motion for Enlargement of Time to Respond to Defendant's Motion for Summary Judgment and Memorandum of Law and, as grounds states:

    1.    Pursuant to this Court's Order Setting Trial and Pretrial Deadlines, this matter is set on the trial docket commencing May 7, 2001.

    2.    Pursuant to this Court's Order, discovery was to have been completed and dispositive motions filed by February 9, 2001 and March 9, 2001, respectively.

    3.    There was a dispute regarding Plaintiffs taking the deposition of Defendant's most knowledgeable person, and the Court entered an Order on February 6, 2001, permitting



the taking of that deposition.

4. In order to comply with the Court's deadline on completing mediation and to conserve resources, the parties mediated the case on March 2, 2001 and was successful in both Plaintiffs Benford Bros's cases.

5. Defendant filed its Motion for Summary Judgment on March 9, 2001. Plaintiff has not had an opportunity to take the deposition of the most knowledgeable person of Defendant, Northwest Airlines, which was previously scheduled but due to the mediation was not taken.

6. Plaintiff is requesting the opportunity to take the deposition of the most knowledgeable person in order adequately to respond to Defendant's Motion for Summary Judgment.

7. Fed.R.Civ.P 56(e) states:

> Further Testimony; Defense Required. . . . Sworn or certified copies of all papers or parts thereof referred to in an affidavit shall be attached thereto or served therewith. The court may permit affidavits to be supplemented or opposed by depositions, answers to interrogatories, or further affidavits. When a motion for summary judgment is made and supported as provided in this rule, an adverse party may not rest upon the mere allegations or denials of the adverse party's pleading, but the adverse party's response, by affidavits or as otherwise provided in this rule, must set forth specific facts showing that there is a genuine issue for trial. . . .

8. Plaintiff is, therefore, requesting approximately thirty days to take the deposition and respond to said Motion.

9. This Motion is not being filed for purposes of delay and no undue harm or

2

prejudice will come to the parties by the granting of said Motion.

10. Counsel for Defendant, Terry Smith has been contacted and has authorized the undersigned to represent that he objects to the granting of said Motion.

**WHEREFORE**, Plaintiff respectfully requests a thirty (30) day enlargement of time to complete discovery and respond to Defendant's Motion for Summary Judgment.

### MEMORANDUM OF LAW

This Motion is committed to the sound discretion of the Court under Fed.R.Civ.P. 56(e).

        Respectfully Submitted,

        THE ROSE LAW FIRM, P.A.
        Counsel for Plaintiff
        215 Fifth Street, Suite 305
        West Palm Beach, FL 33401
        Tel: 561-655-5113
        Fax: 561-833-0417

By: _____
        JACOB A. ROSE
        Florida Bar No. 212202

### CERTIFICATE OF SERVICE

**I CERTIFY** that a copy of Plaintiff Madie Moore's Motion for Enlargement of Time to Respond to Defendant's Motion for Summary Judgment and Memorandum of Law has been furnished by regular mail this 26th day of March 2001 to: W. Terry Smith, Jr., Esq.,

KIESEWETTER WISE KAPLAN SCHWIMMER & PRATER, PLC, 2650 Thousand Oaks Blvd., Suite 2200, Memphis, TN 38118.

_____
JACOB A. ROSE

f:\wpdocs\marva\benford\motion.dis

4