UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6079-CIV-DIMITROULEAS

MADIE MOORE,

    Plaintiff,

vs.

NORTHWEST AIRLINES, INC.,

    Defendant.

_____/

MAR 27 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

THIS CAUSE is before the Court upon Plaintiff, Madie Moore's Motion for Enlargement of Time to Respond to Defendant's Motion for Summary Judgment, filed herein on March 26, 2001. The Court has carefully reviewed the motion and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Enlargement of Time is hereby **GRANTED**, in part. Plaintiff shall respond to the Motion for Summary Judgment by April 11, 2001. The Court notes that Plaintiff was granted additional time to depose Defendant's most knowledgeable person by Order of this Court on February 6, 2001.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 27 day of March, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

copies to:
Jacob Rose, Esq.
W. Terry Smith, Esq.

