# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6079–Civ–Dimitrouleas/Johnson

| | |
|---|---|
| **MADIE MOORE** | )<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>)<br>) |
| **NORTHWEST AIRLINES, INC.,** | )<br>) |
| Defendant. | ) |

## EMERGENCY JOINT MOTION TO VACATE PRETRIAL AND TRIAL DATES PENDING RULING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM IN SUPPORT THEREOF

Comes now the Defendant Northwest Airlines, Inc. ("Northwest") and Plaintiff Madie Moore ("Plaintiff"), by and through their respective undersigned counsel, and hereby move this Court for an Order vacating the pretrial dates and trial date as set by this Court on June 16, 2000, in its Order Setting Trial Date & Discovery Deadlines, Referring Case to Mediation & Referring Discovery Motions to United States Magistrate Judge ("Scheduling Order"), to be reset should Northwest's motion for summary judgment be denied. In support of this joint motion, the parties state as follows:

1. Pursuant to Plaintiff's Motion to for Enlargement of Time to Respond to



Defendant's Motion for Summary Judgment, this Court ordered that Plaintiff's date for responding to Northwest's motion for summary judgment be extended from March 28, 2001 until April 11, 2001.

2. Northwest anticipates that it will file a reply to Plaintiff's response to Northwest's motion for summary judgment as prescribed by S.D. Fla. L.R. 7.1.C ("within five days after service of an opposing memorandum of law"). Assuming Northwest is served with Plaintiff's response memorandum via facsimile on April 11, 2001, Northwest will have until April 18, 2001 to file a reply memorandum.

3. The Scheduling Order requires that the parties file their Mandatory Pretrial Stipulation and Motions in Limine by April 20, 2001, and file their responses to Motions In Limine and Jury Instructions by April 27, 2001. This matter is scheduled for calender call on May 4, 2001.

4. There are only two (2) business days between Northwest's anticipated reply date of April 18, 2001 and the initial pretrial filings of April 20, 2001, and only twelve (12) business days between April 18, 2001 and calender call of May 4, 2001. The parties do not anticipate a ruling from the Court on Northwest's motion for summary judgment prior to the pretrial dates and trial date.

5. Under the current Scheduling Order the parties will be required to expend significant time and undergo significant expense in preparing the required pretrial documents, and in final trial preparation prior to this Court's ruling on Northwest's motion for summary judgment. Should Northwest's motion for summary judgment be granted the

2

expenditure of time and money will be unnecessary.

6. Because of the close proximity between the responsive summary judgment filings and the pretrial/trial dates, and the significant time and expense the parties will undergo in preparing this matter for trial, the parties respectfully request that the Court vacate the pretrial dates and trial date and reset these dates should the Court deny Northwest's motion for summary judgment.

WHEREFORE, the parties respectfully request that the Court enter an Order vacating the pretrial dates and trial date, and reset these dates should the Court deny Northwest's motion for summary judgment.

Respectfully submitted,

CARY SCHWIMMER        FBN 08617l5
Tennessee Bar No. 14026
W. TERRY SMITH, JR.
Tennessee Bar No. 19179

KIESEWETTER WISE KAPLAN
 SCHWIMMER & PRATHER, PLC
2650 Thousand Oaks Boulevard
Suite 2200
Memphis, Tennessee 38118
Voice: (901) 795-6695
Fax:　 (901) 795-1646
E-mail: cschwimmer@kiesewetterwise.com
E-mail: tsmith@kiesewetterwise.com

ATTORNEYS FOR
NORTHWEST AIRLINES, INC.

/s/ KENNETH W. WATERWAY    FBN 0994235
Florida Bar No. 0994235

HEINRICH GORDON HARGROVE
WEIHE & JAMES, P.A.
500 East Broward Boulevard - Suite 1000
Fort Lauderdale, Florida 33394-3092
Voice: (954) 527-2800
Fax: (954) 524-9481
Email: kwatrway@heinrichgordon.com

LOCAL COUNSEL FOR
NORTHWEST AIRLINES, INC.

/s/ JACOB A. ROSE    FBN 0861715
Florida Bar No. 212202

THE ROSE LAW FIRM, P.A.
215 Fifth Street
Suite 305
West Palm Beach, Florida 33401
Voice: (561) 655-5113
Fax: (561) 833-0417

ATTORNEY FOR PLAINTIFF
MADIE MOORE

4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6079–Civ–Dimitrouleas/Johnson

| | |
|---|---|
| **MADIE MOORE** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| **NORTHWEST AIRLINES, INC.,** | ) |
| | ) |
| Defendant. | ) |

---

## ORDER GRANTING EMERGENCY JOINT MOTION TO VACATE PRETRIAL AND TRIAL DATES PENDING RULING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

---

This matter comes before the Court on Emergency Joint Motion to Vacate Pretrial and Trial Dates Pending Ruling on Defendant's Motion for Summary Judgment  Having considered the motion well taken, it is GRANTED.

IT IS HEREBY ORDERED that the pretrial dates and trial date as set by this Court on June 16, 2000, in its Order Setting Trial Date & Discovery Deadlines, Referring Case to Mediation & Referring Discovery Motions to United States Magistrate Judge are vacated, and are to be reset should Northwest's motion for summary judgment be denied.

IT IS SO ORDERED, this ____ day of April, 2001.


HONORABLE WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

Copies furnished:

Cary Schwimmer
Kenneth W. Waterway
Jacob A. Rose