UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6079-CIV-DIMITROULEAS

BLANCHE BEDFORD, CLAVEDIA BROS,
and MADIE MOORE,

    Plaintiffs,

vs.

NORTHWEST AIRLINES, INC.,

    Defendant.

_____/

## ORDER

THIS CAUSE is before the Court upon Plaintiff's, Madie Moore and Defendant's, Northwest Airlines, Inc. "Emergency" Joint Motion to Vacate Pretrial and Trial Dates Pending Ruling on Defendant's Motion for Summary Judgment, filed herein on April 6,, 2000. The Court has carefully reviewed the motion and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that Plaintiff's and Defendant's "Emergency" Joint Motion to Vacate Pretrial and Trial Dates is hereby **DENIED.** The Court notes that this Motion does not constitute an "Emergency" Motion. Also, this Court granted two "Emergency" Motions to continue the substantive pretrial motion deadlines [DE 45 and DE 47] submitted by Plaintiff and Defendant, and this Court granted, in part, a Motion for Extension of Time to Respond to the Motion for Summary Judgment [DE 58].

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___6___ day of April, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

copies to:

Jacob Rose, Esq.
Cary Schwimmer, Esq.
Kenneth Waterway, Esq.