FILED

APR 25 2001

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6079–Civ–Dimitrouleas/Johnson

| | |
|---|---|
| **MADIE MOORE** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| **NORTHWEST AIRLINES, INC.,** | ) |
| | ) |
| Defendant. | ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that all claims asserted in this case by Plaintiff Madie Moore are hereby dismissed with prejudice and, further, that all parties shall bear their own costs and fees.

This __25__ day of April, 2001.



Respectfully submitted,

_____
CARY SCHWIMMER
KIESEWETTER WISE KAPLAN
 SCHWIMMER & PRATHER, PLC
2650 Thousand Oaks Boulevard, Suite 2200
Memphis, Tennessee 38118

ATTORNEY FOR NORTHWEST
AIRLINES, INC.

_____
JACOB A. ROSE
THE ROSE LAW FIRM, P.A.
215 Fifth Street, Suite 305
West Palm Beach, Florida 33401

ATTORNEY FOR MADIE MOORE