UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6079-CIV-DIMITROULEAS

MADIE MOORE,

    Plaintiff,

vs.

NORTHWEST AIRLINES, INC.,

    Defendant.

_____/

FILED by ____ D.C.

APR 25 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

THIS CAUSE is before the Court upon the Stipulation of Dismissal with Prejudice, filed by Plaintiff, Madie Moore and Defendant, Northwest Airlines, Inc., filed herein on April 23, 2001. The Court has carefully considered the Stipulation and being and otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** as follows:

1. The Stipulation of Dismissal with Prejudice is hereby Accepted; and

2. The above styled action is hereby Dismissed, with prejudice;

3. All pending motions are denied as moot; and

4. This case is closed.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 25 day of April, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

copies to:
Jacob Rose, Esq.
Cary Schwimmer, Esq.

